UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| RICHARD H. KRESS | : | Misc. 92-233 (NLH) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

It appearing by Order of the Supreme Court of New Jersey that RICHARD H. KRESS was disbarred and permanently restrained and enjoined from the practice of law until further order of the court;

It is on this 5th day of October, 2009,

ORDERED that RICHARD H. KRESS show cause on November 2, 2009 why he should not be disbarred and permanently restrained and enjoined from the practice of law before this Court.

Should a respondent desire to file a written response he must do so at least 10 days before the return of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge